**Order entered October 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01163-CV

### IN RE SUSAN GRIFFIN WARREN, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-06580**

## ORDER
Before Justices O'Neill, Lang and Brown

Before the Court are relator's motion for rehearing of the Court's denial of her petition for writ of mandamus and relator's motion for extension of time. We **DENY** both the motion for rehearing and the motion for extension of time without prejudice to relator filing an appeal of any final order of the trial court. To the extent relator seeks an extension of time to file a notice of appeal, the Court will consider any such motion at the time the notice of appeal, accompanied by a motion for extension of time, if necessary, is filed. TEX. R. APP. P. 26.3.

/s/    DOUGLAS S. LANG
       JUSTICE